PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

JAN 22 2025 AM8:14
FILED - USDC - NDTX - LU

IN THE UNITED STATES DISTRICT COURT
FOR THE __NORTHERN__ DISTRICT OF TEXAS
__LUBBOCK__ DIVISION

__JOHNNY TAYLOR J.R 2442803__
Plaintiff's Name and ID Number

__JOHN WALLACE UNIT TDC-J__
Place of Confinement

CASE NO. __5-25CV-009-R__
(Clerk will assign the number)

v.

__SHERIFF. K. ROWE   LUBBOCK COUNTY SHERIFF DEPARTMENT__
Defendant's Name and Address

__CHIEF. C. SCOTT   LUBBOCK COUNTY SHERIFF DEPARTMENT__
Defendant's Name and Address

__STG. J. CISNEROS   LUBBOCK COUNTY SHERIFF DEPARTMENT__
__P.O. BOX 10536__
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: **N/A**
        2. Parties to previous lawsuit:
            Plaintiff(s) **N/A**
            Defendant(s) **N/A**
        3. Court: (If federal, name the district; if state, name the county.) **N/A**
        4. Cause number: **N/A**
        5. Name of judge to whom case was assigned: **N/A**
        6. Disposition: (Was the case dismissed, appealed, still pending?) **N/A**
        7. Approximate date of disposition: **N/A**

II. PLACE OF PRESENT CONFINEMENT: JOHN WALLACE UNIT

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES  ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

Lubbock County in sole possession of document

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Johnny Taylor J.R
JOHN Wallace unit 1675 SFm 3525 Colorado City, Tx 79512

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Sheriff. K. Rowe
Lubbock County Sheriff department P.O. Box 10536 Lubbock Tx 79408-3536

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Libel; false imprisonment; lost of privileges and lost of property

Defendant #2: Chief. C. Scott
Lubbock County Sheriff department P.O. Box 10536 Lubbock Tx 79408-3536

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Libel; false imprisonment; lost of privileges and lost of property

Defendant #3: STG. J. Cisneros
Lubbock County Sheriff department P.O. Box 10536 Lubbock Tx 79408-3536

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Libel; false imprisonment; lost of privileges and lost of property

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On or about August 2022 an investigation transpired alleging that one Lubbock County detention Center Staff, three (3) Pill tech Staff and three (3) inmates engaged in the act of i.e. abusing the Smart Jail messaging System through a fake account; Violating Pill Call procedures and using money through CASH-APP to pay individuals for obtaining Contraband and introducing it into a government facility. Lubbock County Sheriff. K. Rowe, its Chief. C. Scott and the STG. J. Cisneros are the ones who facilitated and administered the investigation.
On October 19 2022 the investigation of these individuals and

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Remove all Penalties off my record and to be Conpensated monetarily in the amount of 250 thousand dollars

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Johnny Taylor J.r

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2442803

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date sanctions were imposed: N/A
   4. Have the sanctions been lifted or otherwise satisfied?   ___ YES ✓ NO

4

Incidents were concluded Subsequently Plaintiff was called out of 5 Cluster to be interviewed by STG. J. Cisneros, via orders from Sheriff. K. Rowe and Chief. C. Scott, due to having a related name Tiffany Williams on my tablet information that linked to their investigation. Plaintiff explained that the individual was a friend he knew from Lubbock but as far as their investigation of the incident in 1 and 6 Cluster he had no information. STG. J. Cisneros started threatening Plaintiff with a federal and state indictment. Also write Plaintiff a disciplinary case, take my Property (Commissary) and re-house me to the special housing unit (SHU). Labeling me as a threat to the safety and security of the facility, for the remainder of my stay in the Lubbock County detention center. Sheriff. K. Rowe, Chief. C. Scott and STG. J. Cisneros enforced their threats by re-housing me to the special housing unit (SHU) and writing Plaintiff a disciplinary case for coercion, violation of federal, state and local law and possession of contraband. While serving my disciplinary case Plaintiff never was allowed his rights to examine certain documents that could serve as evidence to support my innocence in my disciplinary case. Plaintiff suffered mental and physical anguish, lost of valuable weight, lost of Property (commissary), lost of Privileges inside of the Lubbock County detention center, which caused me to starve and spend extra money on medical expenses. The Sea Log information indicated that they had Plaintiff restrained

4b

until he Caught Chain to TDC-J. Plaintiff then followed the Grievance Procedures upon the above entities which resolved against Plaintiff on or about January 2023. The Plaintiff Protected rights inside the Lubbock County detentions Center and my due Process rights, equal Protection rights were violated due to the above actions.

4C

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): **N/A**
2. Case number: **N/A**
3. Approximate date warning was issued: **N/A**

Executed on: **Jan. 13. 2025**
DATE

*Johnny Taylor J.R*

(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this **13** day of **January**, 20 **25**.
         (Day)                  (month)              (year)

*Johnny Taylor J.R*

(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5

Lubbock County Detention Center
P.O. Box 10536
Lubbock Texas 79401

Date: January 13 2025
RE: Notice

    Enclosed is 1 copy of a 1983 civil action Filed in the U.S.D. Court.

                        Sincerely
                        Johnny Taylor Jr.

Johnny Taylor #02442823
1675 SFM 3525
Colorado City TX 79512



RECEIVED
JAN 2 2 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Johnny Taylor TDC-J # 02442803
John Wallace Unit
1675 SFM 3525
Colorado City, Tx 79512

Legal mail

United States District Clerks
1205 Tx Ave, Rm C209 Lubbock

RECEIVED
JAN 22 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS