IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOHNNY TAYLOR, JR., <br> Institutional ID No. 2242803, <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF K. ROWE, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § §   No. 5:25-CV-009-BV |

## JUDGMENT

It is **ORDERED** and **ADJUDGED** that Plaintiff's complaint and all claims alleged therein are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Dated: November 7, 2025.

_____
AMANDA 'AMY' R. BURCH
**UNITED STATES MAGISTRATE JUDGE**